1   BART K. LARSEN, ESQ.
    Nevada Bar No. 008538
2   ERIC D. WALTHER, ESQ.
    Nevada Bar No. 13611
3   KOLESAR & LEATHAM
    400 South Rampart Boulevard, Suite 400
4   Las Vegas, Nevada 89145
    Telephone: (702) 362-7800
5   Facsimile: (702) 362-9472
    E-Mail:   blarsen@klnevada.com
6             ewalther@klnevada.com
    *Attorneys for Kal-Mor-USA, LLC*
7   *and GFY Management LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FIRST 100, LLC, a Nevada limited liability company; 1st ONE HUNDRED HOLDINGS, LLC, a Nevada limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> OMNI FINANCIAL, LLC, a foreign limited liability company; PRENPOINCIANA, LLC, a foreign limited liability company; DOES I through X; and ROE ENTITIES I through X, inclusive, <br><br> Defendants. | CASE NO. 2:16-cv-00099-RFB-CWH <br><br> Related Case No. 2:16-cv-00109-RFB-CWH <br><br> (Jointly Administered Cases) <br><br> **STIPULATION AND ORDER TO DISMISS PLAINTIFFS KAL-MOR-USA, LLC AND GFY MANAGEMENT LLC'S SECOND, THIRD, FOURTH, FIFTH, SIXTH, SEVENTH, AND EIGHTH CLAIMS FOR RELIEF** |
| AND ALL RELATED CLAIMS | |

IT IS HEREBY STIPULATED and AGREED, by and between Plaintiffs KAL-MOR-USA, LLC and GFY MANAGEMENT LLC (collectively "Plaintiffs"), through their attorneys of record, Kolesar and Leatham, Defendant OMNI FINANCIAL, LLC ("Omni"), through its attorneys of record, Howard & Howard Attorneys PLLC, and Defendants PRENPOINCIANA, LLC and PRENTINCE LENDING II, LLC through their attorneys of record, Greenberg Traurig, LLP (collectively, "PrenPoinciana"), that an order may be entered dismissing the Second Claim for Relief (Fraud, Fraud in the Inducement/Deceit/Misrepresentation), Third Claim for Relief

1  (Conspiracy/Concert of Action), Fourth Claim for Relief (Breach of Contract/Detrimental
2  Reliance), Fifth Claim for Relief (Breach of Implied Covenant of Good Faith and Fair Dealing),
3  Sixth Claim for Relief (Unjust Enrichment), Seventh Claim for Relief (Tortious Interference
4  with Contractual Relations), and Eighth Claim for Relief (Preliminary and Permanent Injunction)
5  as pled in the Plaintiffs' First Amended Complaint filed in Case No. 2:16-cv- 00109-RFB-CWH
6  on May 31, 2016 [ECF No. 27].  Such claims for relief shall be dismissed without prejudice with
7  each party to bear its own attorney fees and costs incurred in connection therewith.

8  The Parties further agree and stipulate that Defendants' Motion to Dismiss the First
9  Amended Complaint Filed by Kal-Mor-USA, LLC and GFY Management, LLC [ECF No. 37]
10 (the "Motion to Dismiss") shall be withdrawn without prejudice.

11 Dated this 18th day of July, 2016.                    Dated this 18th day of July, 2016.

12 **KOLESAR & LEATHAM**                                **HOWARD & HOWARD ATTORNEYS PLLC**

14 */s/ Bart K. Larsen, Esq.*                           */s/ Robert Hernquist, Esq.*
   BART K. LARSEN, ESQ.                                 ROBERT HERNQUIST, ESQ.
15 Nevada Bar No. 008538                                Nevada Bar No. 010616
   400 South Rampart Blvd., Suite 400                   3800 Howard Hughes Parkway, Suite 1000
16 Las Vegas, Nevada 89145                              Las Vegas, NV 89169

17 *Attorneys for KAL-MOR-USA LLC and*                  *Attorneys for Defendant*
18 *GFY Management LLC*                                 *Omni Financial, LLC*

19 Dated this 18th day of July, 2016.

20 **GREENBERG TRAURIG, LLP**

22 */s/ Christopher R. Miltenberger, Esq,*
   CHRISTOPHER R. MILTENBERGER, ESQ.
23 Nevada Bar No. 010153
   3773 Howard Hughes Pkwy., Suite 400 North
24 Las Vegas, Nevada 89169

25
   *Attorneys for Defendant PrenPoinciana, LLC*
26 *and Prentice Lending II, LLC*

27

28 ///

# ORDER

Having reviewed the foregoing Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Second Claim for Relief (Fraud, Fraud in the Inducement/Deceit/Misrepresentation), Third Claim for Relief (Conspiracy/Concert of Action), Fourth Claim for Relief (Breach of Contract/Detrimental Reliance), Fifth Claim for Relief (Breach of Implied Covenant of Good Faith and Fair Dealing), Sixth Claim for Relief (Unjust Enrichment), Seventh Claim for Relief (Tortious Interference with Contractual Relations), and Eighth Claim for Relief (Preliminary and Permanent Injunction) as pled in the Plaintiffs' First Amended Complaint filed in Case No. 2:16-cv-00109-RFB-CWH on May 31, 2016 [ECF No. 27] are hereby dismissed without prejudice and with each party is to bear its own attorney fees and costs.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss the First Amended Complaint Filed by Kal-Mor-USA, LLC and GFY Management, LLC [ECF No. 37] is withdrawn without prejudice.

Dated this 8th day of August, 2016.



UNITED STATES DISTRICT JUDGE